UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23590-CIV-BLOOM

HAVANA DOCKS CORPORATION,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Royal Caribbean Cruises Ltd., defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on December 30, 2022 (*Royal Caribbean* Dkt.318), and from all orders preceding it, including Dkt.452, *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, No. 1:19-cv-23591-BB.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7575
Facsimile: (305) 789-7799

By: /s/Scott D. Ponce
SCOTT D. PONCE
Florida Bar No. 0169528
Email: Scott.Ponce@hklaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of January, 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

By: /s/ Scott D. Ponce