UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23590-BLOOM/McAliley

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____ /

## **FINAL JUDGMENT**

**THIS CAUSE** is before the Court following the Court's Order granting Plaintiff's Motion for Entry of Judgment, *see* Case No. 19-cv-23591 ECF No. [452]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Havana Docks Corporation and against Royal Caribbean Cruises, Ltd.

2. Plaintiff is awarded **$109,848,747.87** in damages. This sum consists of $9,179,700.88, the amount of the claim certified by the Foreign Claims Settlement Commission, and $27,436,548.41 in interest, which amounts are trebled pursuant to 22 U.S.C. § 6082(a)(3)(C)(ii).

3. In addition, Plaintiff is awarded **$2,062,935.80** in attorneys' fees, and **$233,974.67** in costs.

4. Post-judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

Case No. 19-cv-23590-BLOOM/McAliley

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**.

6. This case shall remain closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 30, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record