Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-10151

Caption:

Havana Docks Corp.
v. Royal Caribbean Cruises, Ltd.

District and Division: U.S. District Court for the Southern District of Florida
Name of Judge: Beth Bloom
Nature of Suit: 3890 Other Statutory Action
Date Complaint Filed: 8/27/2019
District Court Docket Number: 1:19-cv-23590
Date Notice of Appeal Filed: 1/12/2023
☐ Cross Appeal  ☐ Class Action

Has this matter previously been before this court?
☐ Yes  ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Paul D. Clement | 706 Duke Street<br>Alexandria, VA 22314 | (202) 742-8900<br>paul.clement@clementmurphy.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Christopher Landau | 1155 F Street NW<br>Ste 750<br>Washington, DC 20004 | (202) 249-6636<br>clandau@egcfirm.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☑ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ _____<br>Amount Sought by Defendant:<br>$ _____<br>Awarded:<br>$ 112,145,658.34<br>to Plaintiff<br>Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent  ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? The scope of the Act's lawful-travel exception; the nature of the Act's scienter requirement

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

   If Yes, provide
   (a) Case Name/Statute  Helms-Burton Act
   (b) Citation  22 U.S.C. §§ 6021 et seq.
   (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

   If Yes, provide
   (a) Case Name  Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al., and please see attachment
   (b) Citation _____
   (c) Docket Number if unreported  23-10171 and please see attachment
   (d) Court or Agency  Eleventh Circuit

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit? ☐ Yes ☑ No
   (b) Among circuits? ☐ Yes ☑ No

   If Yes, explain briefly:


(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   Whether: Havana Docks owned the terminal; Havana Docks' property interest expired; Royal Caribbean interfered with Havana Docks' property interest; reliance on the Settlement Commission's ex parte factfinding violates due process; the Act's lawful-travel exception covers Royal Caribbean's conduct; Royal Caribbean "knowingly and intentionally" violated the Act; Havana Docks is a proper plaintiff under the Act; the constitutional avoidance canon forecloses the district court's interpretation of the Act; the damages are consistent with due process.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  1st  DAY OF  February , 2023 .

Paul D. Clement                                    s/Paul D. Clement
NAME OF COUNSEL (Print)                            SIGNATURE OF COUNSEL

*No. 23-10151, Havana Docks Corporation v. Royal Caribbean Cruises, Ltd.*

**Civil Appeal Statement: Attachment**

Supplement to Question #3—In addition to the action noted in the form, Eleventh Circuit No. 23-10171, *Havana Docks Corporation v. Royal Caribbean Cruises, Ltd., et al.*, additional related Eleventh Circuit appeals involving the same plaintiff but other defendants-appellants include the following:

- No. 23-10242, *Havana Docks Corporation v. Norwegian Cruise Line Holdings, Ltd.*
- No. 23-10251, *Havana Docks Corporation v. MSC Cruises S.A. CO., et al.*
- No. 23-10249, *Havana Docks Corporation v. Carnival Corporation*