# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10151

_____

HAVANA DOCKS CORPORATION,

                                                         Plaintiff-Appellee,

*versus*

ROYAL CARIBBEAN CRUISES, LTD.,

                                                         Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23590-BB

_____

2  Order of the Court  23-10151

_____

No. 23-10171

_____

HAVANA DOCKS CORPORATION,

                                               Plaintiff-Appellee
                                               Cross Appellant,

*versus*

ROYAL CARIBBEAN CRUISES, LTD.,
NORWEGIAN CRUISE LINE HOLDINGS, LTD.,
CARNIVAL CORPORATION,
a foreign corporation doing business as
Carnival Cruise Lines,
MSC CRUISES S.A. CO.,
MSC CRUISES (USA), INC., et al.,

                                            Defendants-Appellants
                                               Cross Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23591-BB

_____

ORDER:

     The motion of Havana Docks Corporation to stay the issuance of the mandate pending a petition for writ of certiorari is GRANTED to and including March 20, 2025, the stay to continue in force until the final disposition of the case by the Supreme Court, provided that within the above-mentioned period there shall be filed with the Clerk of this Court the certificate of the Clerk of the Supreme Court that the certiorari petition has been filed. The Clerk shall issue the mandate upon the filing of a copy of an order of the Supreme Court denying the writ, or upon expiration of the stay granted herein, unless the above-mentioned certificate shall be filed with the Clerk of this Court within that time.

DAVID J. SMITH  
Clerk of the United States Court of  
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION